KETCHAM, Appellant, v. NEUMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Ac-

tion by Henry L. Ketcham against Emanuel Neuman. L. M. Isaacs, for appellant. B. G. Paskus, for respondent. No opinion. Order affirmed, with costs and disbursements, upon the ground that the verdict was excessive, without determining now what deductions, if any, the defendant was entitled to. Order filed.